In the Matter of the Petition of SHELLEY BRAVERMAN, a Trust Beneficiary and Bondholder under an Indenture Executed by HOTEL GOVERNOR CLINTON, INC., and under Which the CENTRAL HANOVER BANK AND TRUST COMPANY Is Acting as Trustee, for the Distribution of Certain Moneys to Petitioner and All Other

Trust Beneficiaries Similarly Situated, Deposited with Said Trustees. SHELLEY BRAVERMAN, Respondent; CENTRAL HANOVER BANK AND TRUST COMPANY, Appellant.— Order directing disbursement of fund reversed on the law and proceeding dismissed, with costs. This proceeding for equitable relief was instituted by notice of motion and petition. The relief sought, and granted by the order under review, is such as may be granted only by a judgment in an action with all parties in interest properly before the court, and may not be obtained in this informal manner. The question of jurisdiction was sufficiently raised on the original application by the respondent, appellant, and was not waived. Those who invoke the powers of the court must do so by means of the procedure provided by the Legislature. If the plaintiff and those similarly situated are aggrieved, their remedy is by action, or in the pending action to foreclose the mortgage securing the bonds. Young, Hagarty, Carswell, Scudder and Davis, JJ., concur.